UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA  :  **SEALED TEMPORARY UNSEALING ORDER**

  v.  :  19 Cr.

ALEX FERNANDO IZQUIERDO-BUENO,
  a/k/a "Mexica,"
  a/k/a "Mariachi,"

  Defendant.  :

- - - - - - - - - - - - - - - - - - X

19 CRIM 835

Upon application of the United States of America, by and through Assistant United States Attorney Stephanie Lake, it is hereby ORDERED that the indictment and arrest warrant in the case *United States v. Alex Fernando Izquierdo-Bueno*, which were filed under seal on November 19, 2019, be and hereby are temporarily unsealed to permit the Government to obtain four certified copies of each, which will be transmitted to the necessary governmental entities to facilitate the defendant's arrest and extradition.

SO ORDERED.

Dated: New York, New York
       November 19, 2019

HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK