UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

v.

ALEX FERNANDO IZQUIERDO-BUENO,
   a/k/a "Mexica,"
   a/k/a "Mariachi,"

                Defendant.

- - - - - - - - - - - - - - - - - - X

**SEALED TEMPORARY UNSEALING ORDER**

19 Cr. 835

      Upon application of the United States of America, by and through Assistant United States Attorney Benjamin Woodside Schrier, it is hereby ORDERED that the indictment and arrest warrant in the case *United States v. Alex Fernando Izquierdo-Bueno*, which were filed under seal on or about November 19, 2019, be and hereby are temporarily unsealed to permit the Government to obtain four certified copies of each, which will be transmitted to the necessary governmental entities to facilitate the defendant's extradition, and to defense counsel whom the defendant has retained to represent him in this case.

SO ORDERED.

Dated: New York, New York
       March 15, 2021

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK