UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                          19 CR 835 (PKC)

        -against-                                                  ORDER

ALEX FERNANDO IZQUIERDO-BUENO,

                           Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing previously scheduled for February 16, 2023 is adjourned to February 22, 2023 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       February 10, 2023