

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF                                                                                    February 28, 2023

Honorable P. Kevin Castel
United States District Judge Daniel
Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                    USA v. Alex Fernando Izquierdo-Bueno
                              19 CR 835 (PKC)

Your Honor:

   I represent Mr. Izquierdo-Bueno in the above referenced matter who was recently sentenced before Your Honor on February 22, 2023.

   [ Mr. Bueno has asked me to request of this Court that he be designated to Federal Correctional Institution of Lompoc in Lompoc, California. That facility is closest to the country of Mexico where his family presently resides. In this way his family will be able to visit the defendant more easily. ]

   Thank you for Your consideration of this matter.

The Court so recommends
and Mr. Myers may advise the                           Respectfully,
Bureau of Prisons.                                     /s/Matthew D. Myers
SO ORDERED.                                            Attorney at Law
Dated:  3/2/2023

*P. Kevin Castel signature*

P. Kevin Castel
United States District Judge

N • Y • C