UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America
v.
Alex Fernando Izquierdo Bueno,
Defendant.
19 Cr. 835 (PKC)

MOTION TO MODIFY OR EARLY TERMINATE SUPERVISED RELEASE AND FOR ORDER DIRECTING REMOVAL OF INTERPOL RED NOTICE

I, Alex Fernando Izquierdo Bueno, respectfully move pro se under 18 U.S.C. §§ 3583(e)(1)–(2) for (1) early termination of supervised release; or (2) modification of supervised release conditions to direct correction or removal of the active INTERPOL Red Notice; or (3) any clarification the Court deems appropriate to reflect that my sentence has been fully discharged.

1. Sentence Completed in Full
I was sentenced to 68 months imprisonment, which I fully served. I was released on November 14 and later deported.

2. Zero Violations
During my entire sentence and while on supervised release, I have had no infractions, no violations, and no disciplinary issues.

3. Judge Castel's Sentencing Conclusions
At sentencing, Your Honor stated that you believed my allocution was sincere, that my remorse was genuine, and that you did not consider me a future danger to the community. Since release, I have lived exactly as the Court expected—a law-abiding and productive citizen.

4. Severe Hardship Caused by Active Red Notice
The Red Notice remains active even though I completed my sentence, resulting in airport detentions, police questioning, risk of arrest, emotional harm to my family, and constant travel restrictions.

5. Legal Basis
Under 18 U.S.C. § 3583(e), the Court may terminate supervised release, modify its conditions, and clarify the defendant's lawful status.

REQUESTED RELIEF
I respectfully request that the Court:
1. Terminate supervised release early, OR
2. Modify supervised release to direct U.S. authorities to correct or remove the Red Notice, AND/OR
3. Issue clarification confirming that I am not a fugitive and have fully satisfied my sentence.

Respectfully submitted,
Alex Fernando Izquierdo Bueno
Email: alexbueno1271@gmail.com

Application DENIED.

According to the BOP, defendant was released from federal custody on November 14, 2025. He has not been on supervised release for more than one year. Accordingly he is ineligible for early termination. 18 U.S.C. 3583(e)(1). SO ORDERED.

P.K. Castel, USDJ  1-21-26

e-mailed 1/21/2026

CERTIFICATE OF SERVICE
I certify that on December 8, 2025, I served this motion by email to:
AUSA David Robles
United States Attorney's Office, SDNY
Email: david.robles@usdoj.gov
and filed it via email to:
Temporary_Pro_Pro_Se_Filing@nysd.uscourts.gov
/s/ Alex Fernando Izquierdo Bueno